■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MARSHALL BROWN, Appellant, v. J. EDWIN LA VALLEE, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed. Memorandum: Petitioner's letter of April 17, 1968 calling special attention to his claim of double jeopardy, filed subsequent to the argument of this appeal, has been considered as well as his petition for writ of habeas corpus and the briefs filed herein. (Appeal from order of Cayuga County Court dismissing writ of habeas corpus, following a hearing.) Present — Williams, P. J., Del Vecchio, Marsh, Witmer and Henry, JJ.

■ ERNESTINE M. HARD, Deputy County Treasurer of the County of Orleans, as Administratrix of the Estate of RAYMOND E. GROSE, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 45654.) — Order unanimously reversed, without costs, and claim dismissed. Memorandum: There was nothing before the Court of Claims Judge that afforded a basis for permitting the filing of the claim. The opinion seems to be based almost entirely on lack of prejudice, which, of course, is not the standard to be employed. The attorney of record for the claimant states in an affidavit that he called the office of the Attorney-General and was advised that, if he would deposit his claim in a United States post office on the last available date, that would be sufficient. He does not say whom he called, the authority or position held by the person to whom he talked. In any event, it is very doubtful that anyone in the Attorney-General's office would have the right to waive the statute. But certainly a loosely worded affidavit of the type submitted would be insufficient to show such a waiver. Nor is the fact that notice of the original claim was sent by registered mail effective to constitute a compliance with the statute. (See *Green* v. *State of New York*, 28 A D 2d 747; *Wheeler* v. *State of New York*, 285 App. Div. 1008; *Mercado* v. *State of New York*, 29 A D 2d 579.) (Appeal from order of Court of Claims denying motion to dismiss claim.) Present — Williams, P. J., Del Vecchio, Marsh, Witmer and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLANCY FLETCHER, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent.— Order unanimously affirmed. (See *People* v. *Boundy*, 10 N Y 2d 518.) (Appeal from order of Wyoming County Court dismissing writ of habeas corpus, following a hearing.) Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.

■ AUGUST J. BUIER, Individually and as Limited Administrator of the Estate of ROSE BUIER, Deceased, Appellant, v. LAWRENCE TUCHRELLO et al., Respondents.— Judgment and order denying motion for a new trial, unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Appeal from order denying motion to amend transcript dismissed as academic. Memorandum: The verdict is against the weight of the credible evidence, and in the interest of justice a new trial should be had. (Appeal from judgment and orders of Monroe Trial Term dismissing complaint in action for damages for wrongful death; orders denied motions for new trial and to amend transcript.) Present — Goldman, J. P., Del Vecchio, Marsh, Witmer and Henry, JJ.